IC

Dexter Saffold

Plaintiff

**FILED**

APR 28 2025 BT

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern district of Illinois

Case

Judge

Vs.

King Crab House Chicago

Defendants

**1:25-cv-04589**
**Judge Jeffrey I Cummings**
**Magistrate Judge Jeffrey T. Gilbert**
**Random/Cat 2**

Now come Complaint /Americans with disabilities   Act
504 /1201

1.On March  14 /2025 and  March 25 /2025 I was not  Allow in restaurant I in a wheel chair they
due not have a ramp.

2.I told my wheel chair  will fit inside the restaurant  the table.They must  have 30inches and
48inches. Individual using a wheelchair to make a 180 degree   clear space of 60 of 60 inch by
60 inch T-shaped space.  I told  take my order ask sit out side of the restaurant.Not allow to
used the restroom.  Dexter Saffold right  was violate owner King crab house Chicago.

3.Americans with disabilities  Title  2 regulation and Americans with Disabilities Act Title 3
Regulations. In addition ,all buildings including those built before ADA went into  effect.

Governments  are covered by Title 2 of the  as programs of the public entities. Section 504
covers.

4.The federal courts jurisdiction  over reasonable accommodation 1201 /504

I Dexter Saffold will ask the court  to enter a Judgment  most favorable one $ 850,000 court
cost fee $405.00

Exhibit add .

## Back ground

1.  On March 14 2025 was not allow in restaurant not allow t was in a wheelchair.
On March 25 2025 I was not  allow not allow to used the restroom sit out side and, order
My food and take home eat it.

2.The restaurant due not have a ramp under title 2 Ada they are require 504/ 1204 Ada Act.
Tite3 .

3.Not make reasonable accommodate violate of A.D.A

P. 2

1.I Dexter Saffold with a  disabilities  used a wheel chair due to  a stroke and glaucoma .Ask the court to appoint council.I have trying no law office

2.king crab house Chicago  refuse make change for people used wheelchair. 3.they are required by law.title 2 504 ADA.

Dexter Saffold

1507 n clybourn ave apt 205

Chicago il 60610

312-515=1440

KING CRAB HOUSE
1816 N HALSTED ST
CHICAGO IL 60614-5059
312 280-8990

03/14/2025          19:21

## Sale

R 3

Trans #: 40 Batch #: 134

MASTERCARD                    CHIP
************1917          **/**
Server:                        6

AMOUNT:              $110.14

TIP AMT:        $_____.__

TOTAL AMT:      $_____.__

Resp:      APPROVAL 960427
Code:              960427
Ref #:      507401000466
TransID:  0314MPLXWCWVG

App Name:    Mastercard
AID:      A0000000041010
TVR:          0000008000
TSI:                E800

THANK YOU
**CUSTOMER COPY**

**Welcome to King Crab
House Chicago!**
1816 N Halsted St
Chicago, IL, 60614

3/25/25, 6:25 PM                    Ticket: D6
Server: Nicholas C
Take Out
Invoice: 250325-04-6
----------------------------------------
1 One pound Shrimp & one pound Ki
  ng Crab boil bag Dinner for 2
                                    69.95
   Garic Butter
1 Side of  Broccoli                  5.00

Subtotal                            74.95
Sales Tax                            7.68
----------------------------------------
Total                               82.63
----------------------------------------


**Thank you for visiting us!
18% gratuity is
already added**

© 2025 Heartland Payment Systems



(No subject)

saffold4@icloud.com
To: The UPS Store #4237                    Sat 4/5/2025 10:42 AM

Retention: Exchange 90 days Deletion Policy (3 months) Expires: Fri 7/4/2025 10:42 /

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from my iPhone

Reply        Forward



Office of the Secretary of State
# ilsos.gov

# Business Entity Search

## Entity Information

| | | | |
|---|---|---|---|
| **Entity Name** | KING CRAB HOUSE, INC. | | |
| **File Number** | 70700182 | **Status** | ACTIVE |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 05-04-2016 | **State** | ILLINOIS |
| **Duration Date** | PERPETUAL | | |
| **Annual Report Filing Date** | 04-03-2025 | **Annual Report Year** | 2025 |
| **Agent Information** | STEVEN N. FRITZSHALL 6584 N NORTHWEST HWY CHICAGO ,IL 60631-1415 | **Agent Change Date** | 05-04-2016 |

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

| Officer | Name and Address |
| --- | --- |
| President | NOOSHIN SEDEGHI 1816 HALSTED CHICAGO 60614 |
| Secretary | SAME |